**Order entered October 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00803-CV

**ROBERT BARNES, Appellant**

**V.**

**STREETLANE HOMES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03132-B**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated September 20, 2018, we directed appellant to file, within ten days, written verification he had requested the record. Although we cautioned him that failure to comply could result in the appeal being submitted without the reporter's record, he has not responded. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than November 26, 2018.

/s/     DAVID EVANS
JUSTICE